IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 0 4 2009

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | No. 2:09CR20063-001 |
|---|---|---|
| | ) | 18 U.S.C. §§ 2251(b) and (e) |
| v. | ) | 18 U.S.C. § 2421 |
| | ) | 18 U.S.C. § 1470 |
| JAMES HENRY WILSON | ) | 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) |

## REDACTED INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about January 19, 2007 and on or about April 17, 2009, in the Western District of Arkansas, Fort Smith Division, JAMES HENRY WILSON, the defendant, having custody and control of John Doe #1 and John Doe #2, knowingly permitted John Doe #1 and John Doe #2, who were both under the age of 18, to engage in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct and the visual depiction was produced using materials that have been mailed, shipped and transported in interstate and foreign commerce, and attempted to do so; all in violation of Title 18, United States Code, Sections 2251(b) and (e).

### COUNT TWO

Between on or about December 1, 2008 and on or about August 29, 2009, in the Western District of Arkansas, Fort Smith Division, JAMES HENRY WILSON, the defendant, a person having custody and control of John Doe #2, knowingly permitted John Doe #2, who was under the age of 18, to engage in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct and the visual

depiction was produced using materials that have been mailed, shipped and transported in interstate and foreign commerce, and attempted to do so; all in violation of Title 18, United States Code, Sections 2251(b) and (e).

## COUNT THREE

Between on or about July 1, 2009 and on or about August 29, 2009, in the Western District of Arkansas, Fort Smith Division, JAMES HENRY WILSON, the defendant, a person having custody and control of John Doe #2, knowingly permitted John Doe #2, who was under the age of 18, to engage in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, for the purpose of producing a visual depiction of such conduct and the visual depiction was produced using materials that have been mailed, shipped and transported in interstate and foreign commerce, and attempted to do so; all in violation of Title 18, United States Code, Sections 2251(b) and (e).

## COUNT FOUR

Between on or about June 1, 2009 and on or about August 29, 2009, in the Western District of Arkansas, Fort Smith Division, JAMES HENRY WILSON, the defendant, knowingly transported Jane Doe #1 in interstate commerce with intent Jane Doe #1 engage in sexual activity for which she can be charged with a criminal offense, namely, Fourth Degree Sexual Assault, in violation of Arkansas Code Annotated 5-14-127, and attempted to do so; all in violation of Title 18, United States Code, Section 2421.

## COUNT FIVE

Between on or about June 1, 2009 and on or about September 4, 2009, in the Western District of Arkansas, Fort Smith Division, JAMES HENRY WILSON, the defendant, using a facility and means of interstate and foreign commerce, namely, a cell phone, knowingly

2

transferred obscene matter to Jane Doe #2, a 14-year-old, knowing that Jane Doe #2 had not attained the age of 16 years, and attempted to do so; all in violation of Title 18, United States Code, Section 1470.

## COUNT SIX

On or about September 4, 2009, in the Western District of Arkansas, Fort Smith Division, JAMES HENRY WILSON, the defendant, knowingly possessed and knowingly accessed with intent to view an LG brand cell phone which contained a visual depiction that had been mailed and shipped and so transported using a means and facility of interstate and foreign commerce in and affecting interstate and foreign commerce and which was produced using materials that have been mailed and so shipped and transported, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256, and such visual depiction is of such conduct, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

A True Bill.

/s/ Foreperson
Foreperson

By:

DEBORAH GROOM
UNITED STATES ATTORNEY

Kyra Jenner
Kyra E. Jenner
Assistant U. S. Attorney
Arkansas Bar No. 2000041
P. O. Box 1524
Fort Smith, AR 72902
Phone: 479-783-5125
Fax: 479-441-0578