```
           UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

V.                      CASE NO. 2:09cr20063

JAMES HENRY WILSON                                      DEFENDANT

<u>ORDER</u>

Now on this 24th day of June, 2010, upon consideration of the Government's Motion Requesting Suspension of Defendant's Telephone Privileges with Trial Witnesses (Doc. 35), the Court finds that this motion should be and hereby is GRANTED. Defendant is prohibited from contact with T.W., John Doe #1 and John Doe #2 by telephone or any other means of communication.

                                /s/ Robert T. Dawson
                                Honorable Robert T. Dawson
                                United States District Judge