```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                              PLAINTIFF

V.                      NO. 09CR20063

JAMES HENRY WILSON                                    DEFENDANT

O R D E R

On this 9th day of July 2010, there comes on for consideration the report and recommendation filed in this case on July 7, 2010, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 42).

The trial of this matter is scheduled to begin July 14, 2010. Defendant filed his motion to suppress on June 14, 2010, and the Government responded on June 24, 2010. Judge Marschewski held a hearing on July 7, 2010, and filed this report and recommendation later that day. Due to the close proximity to the trial date, the Court requested expedited objections from Defendant. Defendant filed written objections on July 8, 2010 (doc. 43).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Suppress (Doc. 30) is DENIED.

      IT IS SO ORDERED.

                                  /s/ Robert T. Dawson
                                  Honorable Robert T. Dawson
                                  United States District Judge